**GUSRAE KAPLAN NUSBAUM PLLC**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| | **120 WALL STREET 25TH FLOOR** | OF COUNSEL |
| | **NEW YORK, NEW YORK 10005** | ROBERT L. BLESSEY |
| SCOTT H. GOLDSTEIN | ——— | HOWARD F. MULLIGAN |
| MARTIN H. KAPLAN | TEL (212)269-1400 | |
| LAWRENCE G. NUSBAUM | FAX (212)809-4147 | |
| RYAN J. WHALEN | ——— | |
| | www.gusraekaplan.com | |

January 20, 2021

**VIA ECF**
The Honorable Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
Courtroom 20D
500 Pearl Street
New York, New York 10007-1312

      RE: <u>Johnson v. National Securities Corp. et al.</u>, 1:19-cv-06197-LTS-OTW

Dear Judge Wang:

      Pursuant to Your Honor's order at the telephonic initial case management conference on June 3, 2020, the Parties jointly advise the Court that they have reached an agreement on monetary terms and anticipate agreement on non-monetary terms, thereby resolving the above-captioned action.

      The Parties will continue filing joint status reports per Your Honor's order until they finalize their settlement and Plaintiff files a stipulation of discontinuance with this Court.

                                               Respectfully submitted,

                                             /s/ Ryan J. Whalen
                                             Ryan J. Whalen
                                             Kari Parks
                                             GUSRAE KAPLAN NUSBAUM PLLC
                                             120 Wall Street
                                             New York, New York 10005
                                             rwhalen@gusraekaplan.com
                                             kparks@gusraekaplan.com

                                             *Attorneys for Plaintiff Kay Johnson*

cc: All counsel of record (via ECF)