GUSRAE KAPLAN NUSBAUM PLLC
ATTORNEYS AT LAW

120 WALL STREET 25TH FLOOR
NEW YORK, NEW YORK 10005

TEL (212)269-1400
FAX (212)809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

OF COUNSEL
ROBERT L. BLESSEY
HOWARD F. MULLIGAN

January 20, 2021

MEMO ENDORSED

**VIA ECF**
The Honorable Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
Courtroom 20D
500 Pearl Street
New York, New York 10007-1312

RE: Johnson v. National Securities Corp. et al., 1:19-cv-06197-LTS-OTW

Dear Judge Wang:

Pursuant to Your Honor's order at the telephonic initial case management conference on June 3, 2020, the Parties jointly advise the Court that they have reached an agreement on monetary terms and anticipate agreement on non-monetary terms, thereby resolving the above-captioned action.

The Parties will continue filing joint status reports per Your Honor's order until they finalize their settlement and Plaintiff files a stipulation of discontinuance with this Court.

Respectfully submitted,

/s/ Ryan J. Whalen
Ryan J. Whalen
Kari Parks
GUSRAE KAPLAN NUSBAUM PLLC
120 Wall Street
New York, New York 10005
rwhalen@gusraekaplan.com
kparks@gusraekaplan.com

*Attorneys for Plaintiff Kay Johnson*

In light of the progress of settlement efforts, the pending motion to dismiss the complaint (DE# 78) is terminated without prejudice to restoration if settlement efforts are unsuccessful.
SO ORDERED.
1/21/2021
/s/ Laura Taylor Swain, USDJ

cc: All counsel of record (via ECF)