WILMERHALE

January 29, 2021

**Via ECF**

Michael G. Bongiorno

+1 212 937 7220 (t)
+1 212 230 8888 (f)
michael.bongiorno@wilmerhale.com

The Hon. Judge Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  *Johnson v. National Securities Corp. et al.*, Case No. 1:19-cv-06197-LTS-OTW

Dear Judge Wang:

Pursuant to Your Honor's order at the telephonic initial case management conference on June 3, 2020, the parties to the above-captioned litigation (the "Parties") hereby submit their eighth joint status report.

As a result of the mediation, the Parties have agreed in principle to settle the claims in this action, subject to documentation and execution of a final, confidential settlement agreement between the Parties.  The Parties are currently drafting a settlement agreement and will inform the Court when it has been executed.

The Parties' ninth joint status report is due in four weeks' time, on February 26, 2021.  Until this Court dismisses the above-captioned litigation with prejudice or orders otherwise, the Parties will continue filing such reports every four weeks, per Your Honor's order.

Respectfully submitted,


/s/ *Michael G. Bongiorno*
Michael G. Bongiorno



cc: All counsel of record (via ECF)