**GUSRAE KAPLAN NUSBAUM PLLC**
ATTORNEYS AT LAW

**120 WALL STREET 25TH FLOOR
NEW YORK, NEW YORK 10005**

TEL (212)269-1400
FAX (212)809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

OF COUNSEL
ROBERT L. BLESSEY
HOWARD F. MULLIGAN

March 4, 2021

**VIA ECF**
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
Courtroom 17C
500 Pearl Street
New York, New York 10007-1312

      RE: <u>Johnson v. National Securities Corp. et al.</u>, 1:19-cv-06197-LTS-OTW

Dear Judge Swain:

      We represent Plaintiff Kay Johnson and write jointly with Defendants and Nominal Defendant in the above-captioned action (the "**Action**"). On February 8, 2021, Your Honor entered an order dismissing the Action with prejudice as to Plaintiff and without prejudice to its restoration to the calendar of the Court if settlement is not achieved within thirty (30) days of the date of the order. <u>See</u> Dkt. 104 (Feb. 8, 2021). Plaintiff, Defendants, and Nominal Defendant (the "**Parties**") hereby advise the Court that they have achieved their settlement. Accordingly, the Parties respectfully request that the Court close the Action permanently and with prejudice as to all Parties and former defendants Michael Weiss and Neil Herskowitz.

      Respectfully submitted,

      /s/ Ryan J. Whalen
      Ryan J. Whalen
      Kari Parks
      GUSRAE KAPLAN NUSBAUM PLLC
      120 Wall Street
      New York, New York 10005
      rwhalen@gusraekaplan.com
      kparks@gusraekaplan.com

      *Attorneys for Plaintiff Kay Johnson*

cc: All counsel of record (via ECF)